AZ: USAO2020R00322

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. ELH-24-253 |
| v. | : |
| | : (Assisting Preparation of a False Tax Return |
| NICOLE WEST, | : 26 U.S.C. § 7206(2)) |
| | : |
| Defendant. | : |
| | : |

USDC- BALTIMORE
'24 SEP 5 AM 9:39

...oooOooo...

**INFORMATION**

**COUNT ONE – ASSISTING PREPARATION OF A FALSE TAX RETURN**

The Acting United States Attorney for the District of Maryland charges:

At all times relevant to this Information:

1. Defendant **NICOLE WEST**, a resident of Herndon, Virginia, and worked as a paralegal at a Baltimore-based law firm.

2. **NICOLE WEST** filed false federal income tax returns for the years 2020 through 2022 by claiming a total of more than $200,000 in medical and dental expenses when in reality the amount of defendant **WEST's** medical and dental expenses was only a fraction of the amount that she claimed on her federal income tax returns for those years.

3. The Internal Revenue Service ("IRS") was an agency within the United States Department of the Treasury responsible for administering and enforcing federal revenue laws and regulations regarding the ascertainment, computation, assessment, and collection of taxes owed to the United States by its citizens and residents.

4. On or about January 27, 2023, in the District of Maryland and elsewhere, the defendant NICOLE WEST a U.S. Individual Income Tax Return, Form 1040, for calendar year 2022, which was

AZ: USAO2020R00322

false and fraudulent as to a material matter, namely: in that the return reported on Schedule A, Line 1, that WEST had medical and dental expenses of $101,870, whereas as WEST then and there well knew and believed, the actual amount of her medical and dental expenses for that year were substantially lower.

26 U.S.C. § 7206(2).

Date: 9/4/2024

PHIL SELDEN
Acting United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division